IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GEORGE BENJAMIN STONER,**

    **Plaintiff,**

v.                                                        Case No. 1:23-cv-236-AW-MAF

**DEPARTMENT OF THE
TREASURY, et al.,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

The complaint in this case is unsigned. It was accompanied by neither a filing fee nor a motion for leave to proceed in forma pauperis. The magistrate judge issued an order giving Plaintiff a deadline to file an amended complaint and either pay the filing fee or submit an IFP motion. ECF No. 6. Plaintiff did not comply. The magistrate judge then recommended dismissal without prejudice for failure to comply with a court order and failure to prosecute. ECF No. 8. I now adopt the report and recommendation and incorporate it into this order.

I have considered Plaintiff's recent filing (ECF No. 9), which was docketed as a motion for extension. Plaintiff says he is having technical difficulties with the filing fee, but even if that were cause for delaying payment, that would not excuse the failure to submit an amended complaint with (among other things) a signature. Moreover, it is not cause for delaying payment. Whatever issues Plaintiff had with

1

the filing fee should have been addressed before he initiated the case because a plaintiff who is not proceeding IFP must submit the filing fee "simultaneously" with the filing of the case. N.D. Fla. Loc. R. 5.3; *see also* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees.").

To the extent Plaintiff's recent filing (ECF No. 9) constitutes an objection to the report and recommendation, the objection is overruled. To the extent the filing constitutes a motion for an extension of time to pay the filing fee, it is denied.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on December 28, 2023.

> s/ *Allen Winsor*
> United States District Judge